1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hugh Satterlee* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Clarence M. Charest* for respondent.

No. 507. Liscio *v.* Campbell, Federal Prohibition Administrator, et al. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles Dickerman Williams* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John Henry McEvers,* and *W. Marvin Smith* for respondents.

No. 508. Oriole Phonograph Co. et al. *v.* Kansas City Fabric Products Co. et al. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George H. English* and *Thomas Hackney* for petitioners. *Mr. H. B. Manard* for respondents.

No. 512. Martin *v.* Martin et al. January 13, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. J. Raymond Gordon* for petitioner. *Mr. Harold A. Ritz* for respondents.

No. 529. Gulf Smokeless Coal Co. et al. *v.* Sutton, Steele & Steele et al. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Walter L. Fisher* and